Otis W. WITCHER, Petitioner–
Appellant,

v.

A.D. ROBINSON, Warden,
Respondent–Appellee.

No. 02–6398.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Otis W. Witcher, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Otis W. Witcher seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Witcher v. Robinson*, No. CA–00–2164–AM (E.D. Va. filed Jan. 29, 2002; entered Jan. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*